IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PATRICIA GRAGG-ROBINSON,   )<br>    )<br>    Plaintiff,   )<br>    )<br>    v.   )<br>    )<br>SELMA CITY SCHOOLS,   )<br>    )<br>    Defendant.   ) | CIVIL ACTION NO.<br>2:22cv697-MHT<br>(WO) |

## OPINION

Plaintiff Patricia Gragg-Robinson filed this lawsuit asserting illegal retaliation by the Selma City Schools in violation of Title VII of the Civil Rights Act of 1964. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that Gragg-Robinson's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of April, 2023.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE